**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TONY RAY HANSEN,
     Plaintiff,

vs.                         Case No. 3:08cv542/MCR/EMT

STATE OF FLORIDA, et al,
     Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 22, 2009 (Doc. 22). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to prosecute.

**DONE AND ORDERED** this 23rd day of November, 2009.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**